# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEGASYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> GRANT JOHNSON, KOFAX, INC. & <br> KOFAX IMAGE PRODUCTS, INC., <br><br> Defendants. | Civil Action No. 1:13-cv-13261-WGY |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Plaintiff Pegasystems Inc. ("Pegasystems"), a Massachusetts corporation, states that (i) it does not have a parent corporation and (ii) no publicly held corporation owns 10% or more of its stock.

Pegasystems shall file a supplemental disclosure statement if the aforementioned information changes.

Respectfully submitted,

**PEGASYSTEMS INC.**

By Its attorneys,

/s/ Steven D. Weatherhead
Steven D. Weatherhead BBO# 637601
Alexandra D. Thaler, BBO# 677785
Bello Welsh LLP
125 Summer Street, Suite 1200
Boston, MA 02110
Tel:  (617) 247-4100
Fax:  (617) 247-4125
sweatherhead@bellowelsh.com
adthaler@bellowelsh.com

Dated:  December 30, 2013

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 30, 2013.

                                       /s/ Steven D. Weatherhead
                                       Steven D. Weatherhead